NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3270

HUGH E. LEE, JR.,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in AT0752090156-I-1.

ON MOTION

Before LOURIE, Circuit Judge.

## ORDER

Hugh E. Lee, Jr. moves for leave to file his informal brief out of time, with informal brief attached.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**NOV 1 7 2009**

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Hugh E. Lee, Jr.
Daniel Kim, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 7 2009

JAN HORBALY
CLERK